960

No. 81–523. CONTAINER CORPORATION OF AMERICA v. FRANCHISE TAX BOARD. Appeal from Ct. App. Cal., 1st App. Dist. Probable jurisdiction noted. JUSTICE STEVENS took no part in the consideration or decision of this case. ■

No. 81–1032. UNITED STATES v. SELLS ENGINEERING, INC., ET AL. C. A. 9th Cir. Certiorari granted. ■

No. 81–1536. COMMISSIONER OF INTERNAL REVENUE v. TUFTS ET AL. C. A. 5th Cir. Certiorari granted. ■

No. 81–1635. ANDERSON ET AL. v. CELEBREZZE, SECRETARY OF STATE OF OHIO. C. A. 6th Cir. Certiorari granted. ■

No. 81–160. MISSISSIPPI ET AL. v. PHILLIPS ET AL.; and
No. 81–181. JOINT LEGISLATIVE COMMITTEE FOR PERFORMANCE, EVALUATION, AND EXPENDITURE REVIEW OF MISSISSIPPI ET AL. v. PHILLIPS ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 637 F. 2d 1014.

No. 81–1024. SALAZAR v. SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT. C. A. 9th Cir. Certiorari denied. ■

No. 81–1257. MILLER v. WEBSTER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. 7th Cir. Certiorari denied. ■

No. 81–1427. LEAF ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 81–1464. CANN ET AL. v. FORD MOTOR CO. C. A. 2d Cir. Certiorari denied. ■